Fill in this information to identify the case:

Debtor 1: Suzanne M Wach

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 11-14583

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 1 9

**Property address:** 146 East Monroe Street
Number       Street

Villa Park, IL 60181
City       State       ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ 8,747.40

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ 8,747.40

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   03/01/2016
MM / DD / YYYY

Form 4100R     Response to Notice of Final Cure Payment     page 1

| Debtor 1 | Suzanne M Wach | Case number (*if known*) | 11-14583 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michael Dimand
Signature

Date 07/25/2016

Print: Michael Dimand
First Name   Middle Name   Last Name

Title: Attorney for Claimant

Company: The Wirbicki Law Group, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 33 W. Monroe Street, #1140
Number   Street

Chicago, IL 60603
City                State    ZIP Code

Contact phone ( 312 ) 360 - 9455

Email: bankruptcyfilings@wirbickilaw.com

Debtor 1  Suzanne M Wach
         First Name   Middle Name   Last Name

Case number (if known) 11-14583

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 07/25/2016

Chapter 13 Trustee: Glenn B Stearns

Trustee Address: 801 Warrenville Road, Suite 650, Lisle, IL 60532

Trustee Email:

Debtor's Counsel Name: Richard S Bass
Law Office of Richard S Bass

Debtor's Counsel Address: 2021 Midwest Road, Suite #200, Oak Brook, IL 60523

Debtor's Counsel Email: rbass@corpoffices.com

Debtor 1 Name: Suzanne M Wach

Debtor 2 Name:

Debtor's Mailing Address: P.O. Box 6814, Villa Park, IL 60181

Debtor Email:

/s/ Michael Dimand

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Borrower: | SUE WACH | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan # | | | | | 12/01/15 | 1749.48 | Posted | $2,136.95 | | | | | | | |
| Filing Date: | 4/6/2011 | | | | | | | | | | | | | | |
| 1st Post Petition Due Date: | 5/1/2011 | | | | | | | | | | | | | | |

| Transaction Date | Check No. | Amount Received | Amount Due | Overage/Shortage | Post-petition Due Date | Contractual Due Date | Post Petition Amount Applied | Credit to Debtor Suspense | Debit from Debtor Suspense | Debtor Suspense Balance | Credit to Trustee Suspense | Credit to Trustee Interest | Debit From Trustee Suspense | Trustee Suspense Balance | Late Fees/Other Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/11 | | $1,741.59 | 1692.77 | $48.82 | 12/01/10 | | | $48.82 | | $48.82 | | | | $0.00 | | |
| 06/15/11 | Pay Reversal | -$1,741.59 | -1692.77 | -$48.82 | 11/01/10 | | | | $48.82 | $0.00 | | | | $0.00 | | |
| 07/05/11 | | $1,741.59 | 1692.77 | $48.82 | 12/01/10 | | | $48.82 | | $48.82 | | | | $0.00 | | |
| 07/20/11 | TT ck 1479045 | $169.82 | | $169.82 | | | | $169.82 | | $218.64 | | | | $0.00 | | |
| 07/29/11 | | $1,741.59 | 1692.77 | $48.82 | 01/01/11 | | | $48.82 | | $267.46 | | | | $0.00 | | |
| 08/08/11 | Pay Reversal | -$1,741.59 | -1692.77 | -$48.82 | 12/01/10 | | | | $48.82 | $218.64 | | | | $0.00 | | |
| 08/19/11 | | $1,741.59 | 1692.77 | $48.82 | 01/01/11 | | | $48.82 | | $267.46 | | | | $0.00 | | |
| 08/24/11 | TT ck 1481377 | $20.60 | | $20.60 | | | | $20.60 | | $288.06 | | | | $0.00 | | |
| 09/01/11 | | $1,741.59 | 1692.77 | $48.82 | 02/01/11 | | | $48.82 | | $336.88 | | | | $0.00 | | |
| 09/09/11 | Pay Reversal | -$1,741.59 | -1692.77 | -$48.82 | 01/01/11 | | | | $48.82 | $288.06 | | | | $0.00 | | |
| 09/19/11 | TT ck 1483856 | $20.60 | | $20.60 | | | | $20.60 | | $308.66 | | | | $0.00 | | |
| 10/03/11 | | $1,741.59 | 1692.77 | $48.82 | 02/01/11 | | | $48.82 | | $357.48 | | | | $0.00 | | |
| 10/25/11 | TT ck 1485924 | $18.80 | | $18.80 | | | | $18.80 | | $376.28 | | | | $0.00 | | |
| 11/07/11 | | $1,741.59 | 1692.77 | $48.82 | 03/01/11 | | | $48.82 | | $425.10 | | | | $0.00 | | |
| 11/23/11 | TT ck 1488610 | $18.80 | | $18.80 | | | | $18.80 | | $443.90 | | | | $0.00 | | |
| 12/02/11 | | $1,741.59 | 1692.75 | $48.84 | 04/01/11 | | | $48.82 | | $492.72 | | | | $0.00 | | |
| 12/12/11 | Pay Reversal | -$1,741.59 | 1692.77 | -$3,434.36 | 03/01/11 | | | | $48.82 | $443.90 | | | | $0.00 | | |
| 12/27/11 | TT ck 1491135 | $18.80 | | $18.80 | | | | $18.80 | | $462.70 | | | | $0.00 | | |
| 01/25/12 | TT ck 1493744 | $18.80 | | $18.80 | | | | $18.80 | | $481.50 | | | | $0.00 | | |
| 02/01/12 | | $1,741.59 | 1692.77 | $48.82 | 04/01/11 | | | $48.82 | | $530.32 | | | | $0.00 | | |
| 02/24/12 | TT ck 1496578 | $23.58 | | $23.58 | | | | 23.58 | | $553.90 | | | | $0.00 | | |
| 03/16/12 | | $1,741.59 | 1741.59 | $0.00 | 05/01/11 | | | | | $553.90 | | | | $0.00 | | |
| 03/26/12 | TT ck 1499292 | $23.58 | | $23.58 | | | | $23.58 | | $577.48 | | | | $0.00 | | |
| 04/16/16 | | $1,741.59 | 1741.59 | $0.00 | 06/01/11 | | | | | $577.48 | | | | $0.00 | | |
| 04/24/12 | TT ck 1501946 | $27.23 | | $27.23 | | | | $27.23 | | $604.71 | | | | $0.00 | | |
| 05/16/16 | | $1,741.59 | 1741.59 | $0.00 | 07/01/11 | | | | | $604.71 | | | | $0.00 | | |
| 05/29/12 | TT ck 1504650 | $27.23 | | $27.23 | | | | $27.23 | | $631.94 | | | | $0.00 | | |
| 06/15/12 | | $1,741.59 | 1741.59 | $0.00 | 08/01/11 | | | | | $631.94 | | | | $0.00 | | |
| 07/13/12 | TT ck 1507495 | $27.23 | | $27.23 | | | | $27.23 | | $659.17 | | | | $0.00 | | |
| 07/19/12 | | $1,755.00 | 1741.59 | $13.41 | 09/01/11 | | | $13.41 | | $672.58 | | | | $0.00 | | |
| 08/22/12 | TT ck 1510165 | $27.23 | | $27.23 | | | | $27.23 | | $699.81 | | | | $0.00 | | |
| 08/17/12 | | $1,754.00 | 1741.59 | $12.41 | 10/01/11 | | | $12.41 | | $712.22 | | | | $0.00 | | |
| 09/27/12 | | $1,755.00 | 1741.59 | $13.41 | 11/01/11 | | | $13.41 | | $725.63 | | | | $0.00 | | |
| 10/23/12 | TT ck 1518250 | $32.35 | | $32.35 | | | | $32.35 | | $757.98 | | | | $0.00 | | |
| 10/26/12 | | $1,755.00 | 1741.59 | $13.41 | 12/01/11 | | | $13.41 | | $771.39 | | | | $0.00 | | |
| 11/26/12 | | $1,755.00 | 1741.59 | $13.41 | 01/01/12 | | | $13.41 | | $784.80 | | | | $0.00 | | |
| 12/27/12 | TT ck 1524034 | $21.53 | | $21.53 | | | | $21.53 | | $806.33 | | | | $0.00 | | |
| 12/31/12 | | $1,755.00 | 1741.59 | $13.41 | 02/01/12 | | | $13.41 | | $819.74 | | | | $0.00 | | |
| 01/31/13 | | $1,755.00 | 1741.59 | $13.41 | 03/01/12 | | | $13.41 | | $833.15 | | | | $0.00 | | |

Borrower: SUE WACH
Loan #: ########11-14583    Doc 55    Filed 07/25/16    Entered 07/25/16 15:44:30    Desc Main
Filing Date: 4/6/2011                          Document      Page 5 of 7
1st Post Petition Due Date: 5/1/2011

12/01/15  1749.48  Posted  $2,136.95

| Transaction Date | Check No. | Amount Received | Amount Due | Overage/Shortage | Post-petition Due Date | Contractual Due Date | Post Petition Amount Applied | Credit to Debtor Suspense | Debit from Debtor Suspense | Debtor Suspense Balance | Credit to Trustee Suspense | Credit to Trustee Interest | Debit From Trustee Suspense | Trustee Suspense Balance | Late Fees/Other Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/13 | TT ck 1529781 | $21.53 | | $21.53 | | | | $21.53 | | $854.68 | | | | $0.00 | | |
| 02/28/13 | | $1,755.00 | 1741.59 | $13.41 | 04/01/12 | | | $13.41 | | $868.09 | | | | $0.00 | | |
| 04/26/13 | TT ck 1535395 | $21.53 | | $21.53 | | | | $21.53 | | $889.62 | | | | $0.00 | | |
| 05/22/13 | | $1,741.59 | 1741.59 | $0.00 | 05/01/12 | | | | | $889.62 | | | | $0.00 | | |
| 05/22/13 | | $1,741.59 | 1741.59 | $0.00 | 06/01/12 | | | | | $889.62 | | | | $0.00 | | |
| 05/22/13 | | $1,753.18 | 1753.18 | $0.00 | 07/01/12 | | | | | $889.62 | | | | $0.00 | | |
| 05/22/13 | | $1,753.18 | 1753.18 | $0.00 | 08/01/12 | | | | | $889.62 | | | | $0.00 | | |
| 05/22/13 | | $1,753.18 | $1,753.18 | $0.00 | 09/01/12 | | | | | $889.62 | | | | $0.00 | | |
| 05/22/13 | | $1,753.18 | $1,753.18 | $0.00 | 10/01/12 | | | | | $889.62 | | | | $0.00 | | |
| 05/22/13 | | $1,753.18 | $1,753.18 | $0.00 | 11/01/12 | | | | | $889.62 | | | | $0.00 | | |
| 05/22/13 | | $1,706.92 | $1,753.18 | -$46.26 | 12/01/12 | | | | $46.26 | $843.36 | | | | $0.00 | | |
| 06/27/13 | TT ck 1541273 | $21.53 | | $21.53 | | | | $21.53 | | $864.89 | | | | $0.00 | | |
| 06/28/13 | | $1,755.00 | $1,753.18 | $1.82 | 01/01/13 | | | $1.82 | | $866.71 | | | | $0.00 | | |
| 07/26/13 | | $274.68 | | $274.68 | | | | $274.68 | | $1,141.39 | | | | $0.00 | | |
| 08/01/13 | | $1,717.81 | $1,753.18 | -$35.37 | 02/01/13 | | | | $35.37 | $1,106.02 | | | | $0.00 | | |
| 08/02/13 | | $274.66 | | $274.66 | | | | $274.66 | | $1,380.68 | | | | $0.00 | | |
| 08/26/13 | TT ck 1547013 | $21.53 | | $21.53 | | | | $21.53 | | $1,402.21 | | | | $0.00 | | |
| 08/30/13 | | $1,718.00 | $1,753.18 | -$35.18 | 03/01/13 | | | | $35.18 | $1,367.03 | | | | $0.00 | | |
| 08/30/13 | | $275.00 | | $275.00 | | | | $275.00 | | $1,642.03 | | | | $0.00 | | |
| 10/01/13 | | $1,718.00 | $1,753.18 | -$35.18 | 04/01/13 | | | | $35.18 | $1,606.85 | | | | $0.00 | | |
| 10/29/13 | TT ck 1552428 | $429.95 | | $429.95 | | | | $429.95 | | $2,036.80 | | | | $0.00 | | |
| 11/01/13 | | $1,718.00 | $1,753.18 | -$35.18 | 05/01/13 | | | | $35.18 | $2,001.62 | | | | $0.00 | | |
| 12/02/13 | | $1,718.00 | $1,753.18 | -$35.18 | 06/01/13 | | | | $35.18 | $1,966.44 | | | | $0.00 | | |
| 01/02/14 | | $1,718.00 | $1,717.81 | $0.19 | 07/01/13 | | | $0.19 | | $1,966.63 | | | | $0.00 | | |
| 01/07/14 | TT ck 1558062 | $77.73 | | $77.73 | | | | $77.73 | | $2,044.36 | | | | $0.00 | | |
| 02/03/14 | | $1,718.00 | $1,717.81 | $0.19 | 08/01/13 | | | $0.19 | | $2,044.55 | | | | $0.00 | | |
| 02/26/14 | TT ck 1564220 | $77.72 | | $77.72 | | | | $77.72 | | $2,122.27 | | | | $0.00 | | |
| 03/03/14 | | $1,718.00 | $1,717.81 | $0.19 | 09/01/13 | | | $0.19 | | $2,122.46 | | | | $0.00 | | |
| 03/11/14 | Pay Reversal | -$1,718.00 | -$1,717.81 | -$0.19 | 08/01/13 | | | | $0.19 | $2,122.27 | | | | $0.00 | | |
| 03/17/14 | | $1,718.00 | $1,717.81 | $0.19 | 09/01/13 | | | $0.19 | | $2,122.46 | | | | $0.00 | | |
| 03/25/14 | TT ck 1567167 | $419.19 | | $419.19 | | | | $419.19 | | $2,541.65 | | | | $0.00 | | |
| 04/21/14 | TT ck 1569943 | $419.19 | | $419.19 | | | | $419.19 | | $2,960.84 | | | | $0.00 | | |
| 04/23/14 | | | $1,717.81 | -$1,717.81 | 10/01/13 | | | | $1,717.81 | $1,243.03 | | | | $0.00 | | |
| 04/24/14 | | $1,718.00 | $1,717.81 | $0.19 | 11/01/13 | | | $0.19 | | $1,243.22 | | | | $0.00 | | Move funds from pre to post |
| 05/23/14 | | $1,718.00 | $1,717.81 | $0.19 | 12/01/13 | | | $0.19 | | $1,243.41 | | | | $0.00 | | |
| 06/23/14 | TT ck 1575346 | $77.69 | | $77.69 | | | | $77.69 | | $1,321.10 | | | | $0.00 | | |
| 06/30/14 | | $1,718.00 | $1,717.81 | $0.19 | 01/01/14 | | | $0.19 | | $1,321.29 | | | | $0.00 | | |
| 07/21/14 | TT ck 1578217 | $419.19 | | $419.19 | | | | $419.19 | | $1,740.48 | | | | $0.00 | | |

| Transaction Date | Check No. | Amount Received | Amount Due | Overage/Shortage | Post-petition Due Date | Contractual Due Date | Post Petition Amount Applied | Credit to Debtor Suspense | Debit from Debtor Suspense | Debtor Suspense Balance | Credit to Trustee Suspense | Credit to Trustee Interest | Debit From Trustee Suspense | Trustee Suspense Balance | Late Fees/Other Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/14 | | $1,718.00 | $1,717.81 | $0.19 | 02/01/14 | | | $0.19 | | $1,740.67 | | | | $0.00 | | |
| 08/19/14 | TT ck 1580841 | $3,436.73 | $1,717.81 | $1,718.92 | 03/01/14 | | | $1,718.92 | | $3,459.59 | | | | $0.00 | | |
| 08/19/14 | | | $1,717.81 | -$1,717.81 | 04/01/14 | | | | $1,717.81 | $1,741.78 | | | | $0.00 | | |
| 09/02/14 | | $1,784.00 | $1,717.81 | $66.19 | 05/01/14 | | | $66.19 | | $1,807.97 | | | | $0.00 | | |
| 10/10/14 | | $1,784.00 | $1,717.81 | $66.19 | 06/01/14 | | | $66.19 | | $1,874.16 | | | | $0.00 | | |
| 10/22/14 | TT ck 1586080 | $77.65 | | $77.65 | | | | $77.65 | | $1,951.81 | | | | $0.00 | | |
| 12/03/14 | | $1,785.00 | $1,717.81 | $67.19 | 07/01/14 | | | $67.19 | | $2,019.00 | | | | $0.00 | | |
| 12/31/14 | | $1,755.00 | $1,783.37 | -$28.37 | 08/01/14 | | | | $28.37 | $1,990.63 | | | | $0.00 | | |
| 02/02/15 | | $1,750.00 | $1,783.37 | -$33.37 | 09/01/14 | | | | $33.37 | $1,957.26 | | | | $0.00 | | |
| 02/23/15 | TT ck 1596622 | $152.40 | | $152.40 | | | | $152.40 | | $2,109.66 | | | | $0.00 | | |
| 03/02/15 | | $1,750.00 | $1,783.37 | -$33.37 | 10/01/14 | | | | $33.37 | $2,076.29 | | | | $0.00 | | |
| 04/01/15 | | $1,750.00 | $1,749.48 | $0.52 | 11/01/14 | | | $0.52 | | $2,076.81 | | | | $0.00 | | |
| 04/20/15 | TT ck 1602108 | $77.61 | | $77.61 | | | | $77.61 | | $2,154.42 | | | | $0.00 | | |
| 05/01/15 | | $1,750.00 | $1,749.48 | $0.52 | 12/01/14 | | | $0.52 | | $2,154.94 | | | | $0.00 | | |
| 05/21/15 | TT ck 1604815 | $1,937.57 | $1,749.48 | $188.09 | 01/01/15 | | | $188.09 | | $2,343.03 | | | | $0.00 | | |
| 06/01/15 | | $1,750.00 | $1,749.48 | $0.52 | 02/01/15 | | | $0.52 | | $2,343.55 | | | | $0.00 | | |
| 06/25/15 | TT ck 1607541 | $278.93 | | $278.93 | | | | $278.93 | | $2,622.48 | | | | $0.00 | | |
| 07/01/15 | | $1,750.00 | $1,749.48 | $0.52 | 03/01/15 | | | $0.52 | | $2,623.00 | | | | $0.00 | | |
| 08/03/15 | | $1,750.00 | $1,749.48 | $0.52 | 04/01/15 | | | $0.52 | | $2,623.52 | | | | $0.00 | | |
| 08/10/15 | Pay Reversal | -$1,750.00 | -$1,749.48 | -$0.52 | 03/01/15 | | | | $0.52 | $2,623.00 | | | | $0.00 | | |
| 08/28/15 | | $1,750.00 | $1,749.48 | $0.52 | 04/01/15 | | | $0.52 | | $2,623.52 | | | | $0.00 | | |
| 10/01/15 | | $1,750.00 | $1,749.48 | $0.52 | 05/01/15 | | | $0.52 | | $2,624.04 | | | | $0.00 | | |
| 11/13/15 | | $1,750.00 | $1,749.48 | $0.52 | 06/01/15 | | | $0.52 | | $2,624.56 | | | | $0.00 | | |
| 11/20/15 | Pay Reversal | -$1,750.00 | -$1,749.48 | -$0.52 | 05/01/15 | | | | $0.52 | $2,624.04 | | | | $0.00 | | |
| 12/05/15 | | $1,750.00 | | $1,750.00 | | | | $1,750.00 | | $4,374.04 | | | | $0.00 | | |
| 12/11/15 | | $1,750.00 | | $1,750.00 | | | | $1,750.00 | | $6,124.04 | | | | $0.00 | | |
| 12/16/15 | Pay Reversal | -$1,750.00 | | -$1,750.00 | | | | | $1,750.00 | $4,374.04 | | | | $0.00 | | |
| 12/31/15 | | $1,750.00 | | $1,750.00 | | | | $1,750.00 | | $6,124.04 | | | | $0.00 | | |
| 01/29/16 | | $1,750.00 | | $1,750.00 | | | | $1,750.00 | | $7,874.04 | | | | $0.00 | | |
| 02/22/16 | | $1,750.00 | | $1,750.00 | | | | $1,750.00 | | $9,624.04 | | | | $0.00 | | |
| 02/29/16 | | | $1,749.48 | -$1,749.48 | 06/01/15 | | | | $1,749.48 | $7,874.56 | | | | $0.00 | | |
| 02/29/16 | | | $1,749.48 | -$1,749.48 | 07/01/15 | | | | $1,749.48 | $6,125.08 | | | | $0.00 | | |
| 02/29/16 | | | $1,749.48 | -$1,749.48 | 08/01/15 | | | | $1,749.48 | $4,375.60 | | | | $0.00 | | |
| 02/29/16 | | | $1,749.48 | -$1,749.48 | 09/01/15 | | | | $1,749.48 | $2,626.12 | | | | $0.00 | | |
| 02/29/16 | | | $1,749.48 | -$1,749.48 | 10/01/15 | | | | $1,749.48 | $876.64 | | | | $0.00 | | |
| 03/11/16 | | $1,750.00 | $1,749.48 | $0.52 | 11/01/15 | | | $0.52 | | $877.16 | | | | $0.00 | | |
| 04/29/16 | | $1,750.00 | $1,749.48 | $0.52 | 12/01/15 | | | $0.52 | | $877.68 | | | | $0.00 | | |
| 05/31/16 | | $1,750.00 | $1,749.48 | $0.52 | 01/01/16 | | | $0.52 | | $878.20 | | | | $0.00 | | |

| Borrower: | SUE WACH | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan # | | | | 12/01/15 | 1749.48 | Posted | $2,136.95 | | | | | | | | |
| Filing Date: | 4/6/2011 | | | | | | | | | | | | | | |
| 1st Post Petition Due Date: | 5/1/2011 | | | | | | | | | | | | | | |

| Transaction Date | Check No. | Amount Received | Amount Due | Overage/Shortage | Post-petition Due Date | Contractual Due Date | Post Petition Amount Applied | Credit to Debtor Suspense | Debit from Debtor Suspense | Debtor Suspense Balance | Credit to Trustee Suspense | Credit to Trustee Interest | Debit From Trustee Suspense | Trustee Suspense Balance | Late Fees/Other Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/16 | | $1,750.00 | $1,749.48 | $0.52 | 02/01/16 | | | $0.52 | | $878.72 | | | | $0.00 | | |
| | | | $1,749.48 | -$1,749.48 | 03/01/16 | | | | $1,749.48 | ($870.76) | | | | $0.00 | | |
| | | | $1,749.48 | -$1,749.48 | 04/01/16 | | | | $1,749.48 | ($2,620.24) | | | | $0.00 | | |
| | | | $1,749.48 | -$1,749.48 | 05/01/16 | | | | $1,749.48 | ($4,369.72) | | | | $0.00 | | |
| | | | $1,749.48 | -$1,749.48 | 06/01/16 | | | | $1,749.48 | ($6,119.20) | | | | $0.00 | | |
| | | | $1,749.48 | -$1,749.48 | 07/01/16 | | | | $1,749.48 | ($7,868.68) | | | | $0.00 | | |